IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**DAVID SCALSKY, et al.**

    **Plaintiffs**

v.

**AMERICAN HONDA MOTOR CO., INC., et al.**

    **Defendants**

CIVIL NO. JKB-19-0479

## ORDER

In light of the Notice of Dismissal Without Prejudice filed on September 30, 2019 (ECF No. 26), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 1st day of October, 2019.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge